# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

ALFREDO RIOS

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj94-CSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Alfredo Rios _____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

charging him or her (brief description of offense)

escape from an institution or facility in which he was confined,

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 751 ___

SUSAN RUSS WALKER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

September 22, 2006   Montgomery, Alabama
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____ by _____
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest